**RISSMILLER** PLLC
EMPLOYMENT LAW FIRM

5 PENNSYLVANIA PLAZA, 19TH FLOOR
NEW YORK, NY 10001
TEL 646.664.1412
WWW.RISSMILLER.COM

**Alex Rissmiller**
arissmiller@rissmiller.com

December 3, 2025



**BY ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Senger v. Jelli Fish Kids Inc. et al.; No. 1:25-cv-07347-KPF</u>

Dear Judge Failla:

  We represent Plaintiff Peter Senger and write to request an adjournment of the pre-motion conference regarding Defendants' anticipated motion to dismiss, which is currently scheduled for December 9, 2025, at 10:00 am. The reason for this request is Plaintiff's counsel's unavailability due to a hearing scheduled in another matter. This is the first request for an adjournment of the conference, and Defendants consent to this request.

  The parties propose the following mutually available dates and times for the Court's consideration:

- December 10, 2025, after 2:30 pm
- December 11, 2025, after 1:00 pm
- December 12, 2025, after 1:00 pm

       Respectfully submitted,

       <u>/s/ Alex Rissmiller</u>
       Alex Rissmiller

cc:  Counsel of record (via ECF)

Upon email communications with the parties, the Court hereby ADJOURNS the pre-motion conference previously scheduled for December 9, 2025, at 10:00 a.m. to **December 18, 2025,** at **3:00 p.m.**

Dated:  December 4, 2025    SO ORDERED.
    New York, New York

        HON. KATHERINE POLK FAILLA
        UNITED STATES DISTRICT JUDGE