UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER SENGER,

                Plaintiff,

           -v.-

JELLI FISH KIDS INC., VA-YOLA
GARMENTS INC., and JAV APPAREL
CORP.,

               Defendants.

25 Civ. 7347 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Because Defendants filed an answer rather than a motion to dismiss (*see* Dkt. #15 (setting a briefing schedule if Defendants did not file a responsive pleading)), the parties are directed to file a proposed Case Management Plan and joint letter as previously directed in the Notice of Initial Pretrial Conference (*see* Dkt. #4) on or before **February 20, 2026**.  The parties shall be prepared to proceed to discovery upon the Court's entering of the Case Management Plan.

      SO ORDERED.

Dated:   January 26, 2026
         New York, New York

                                  *Katherine Polk Failla*

                              KATHERINE POLK FAILLA
                             United States District Judge